**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6883**

———————

EDWARD HAROLD SAUNDERS, JR.,

                Plaintiff - Appellant,

        v.

KENNETH E. LAY,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:11-cv-00566-BO)

———————

Submitted:  September 4, 2012       Decided:  September 12, 2012

———————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward Harold Saunders, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Harold Saunders, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>Saunders v. Lay</u>, No. 5:11-cv-00566-BO (E.D.N.C. Apr. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>